IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL PERRY MUHAMMAD                                                                    PLAINTIFF

v.                                           Case No. 6:21-cv-6096

NURSE MONROE, *et al*.                                                                    DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 61. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed for failure to comply with orders of the Court, for failure to adhere to the Local Rules, and for failing to prosecute this matter. Also, Judge Bryant concludes that Defendants' pending Motion for Summary Judgment (ECF No. 45) is thereby moot.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 61) *in toto*. Accordingly, Plaintiff Michael Perry Muhammad's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Plaintiff has not filed an objection. Plaintiff did eventually file a Response (ECF No. 62) to the pending motion for summary judgment on November 30, 2022, over seven months after it was filed and one day after the instant Report and Recommendation. Judge Bryant previously set a deadline to respond for September 29, 2022. ECF No. 59. Plaintiff did not meet this deadline. Judge Bryant then issued an Order to Show Cause (ECF No. 60) that required Plaintiff to show by November 25, 2022, why he did not meet the deadline to respond. Plaintiff failed to meet the deadline to show cause and his Response was not mailed until November 28, 2022. ECF No. 62.